# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff, | )<br>)<br>) |
| vs. | )    Case No. SA-02-CR-098(3)-FB<br>) |
| RALPH EUGENE TORRES,<br>   Defendant, | )<br>)<br>) |
| and | )<br>) |
| DOMINGO VARA CHEVROLET, L.P.<br>   Garnishee. | )<br>) |

## ORDER FOR ISSUANCE OF WRIT OF GARNISHMENT

The United States of America has applied for a Writ of Garnishment against Garnishee DOMINGO VARA CHEVEROLET, L.P., its successors, affiliates, and/or assigns, for any substantial nonexempt property of the Defendant Ralph Eugene Torres, belonging or due to the Defendant. The Court, having considered the Application for Writ of Garnishment, finds that the application meets the requirements of 18 U.S.C. § 3613 and 28 U.S.C. § 3205, and should be granted.

**IT IS ORDERED** that the United States of America serve the Garnishee pursuant to 28 U.S.C. § 3202(c) with a copy of the Application, this Order, the Writ of Garnishment, the Clerk's Notice, and the Answer form with instructions for compliance. After the Garnishee has been served, the United States shall serve the Defendant and any interested party with those documents pursuant to 28 U.S.C. § 3202(c).

Counsel for the United States shall certify that each person the United States has reasonable cause to believe has an interest in the property subject to the Writ has been served at least 21 days before filing a motion for a disposition order under 28 U.S.C. § 3205(c)(7).

**IT IS SO ORDERED.**

Dated: 9/11/18

**FRED BIERY**
UNITED STATES DISTRICT JUDGE